No. 17-10252-B

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

_____

JONATHAN AUSTIN, et al.,

*Plaintiffs-Appellants,*

v.

ALABAMA DEPARTMENT OF TRANSPORTATION, et al.,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Northern District of Alabama, Southern Division

_____

## MOTION TO DISMISS WITH PREJUDICE

_____

REBECCA WRIGHT PRITCHETT
Pritchett Environmental & Property Law LLC
P.O. Box 361074
Birmingham, Alabama 35236
Phone (205) 824-9092
Fax (205) 378-3740
rebecca@pritchettlawfirm.com

March 27, 2019

Case No. 17-10252-B
*Austin v. Alabama Department of Transportation*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to FRAP 26.1 and 11th Cir. R. 26.1-1, 26.1-2 and 26.1-3, counsel

for Appellants hereby certifies that the following persons and entities have or may

have an interest in the outcome of this case:

1. Alabama Department of Transportation (ALDOT) – Defendant

2. Austin, Johnathan – Plaintiff/Appellant

3. Bartlett, Mark – Defendant

4. Clark, James – Plaintiff/Appellant

5. Clark, Jeffrey Bossert, Assistant Attorney General of the Environment
   and Natural Resources Division – Counsel for Defendants/Appellees
   FHWA and Bartlett

6. Cooper, John R. – Defendant

7. Ellis, Shirley – Plaintiff/Appellant

8. Evans, Aime – Plaintiff/Appellant

9. Federal Highway Administration (FHWA) – Defendant

10. Gilbert, Jack F. – Counsel for Defendants/Appellees FHWA and
    Bartlett

11. Hardiman-Tobin, Gloria – Counsel for Defendants/Appellees FHWA
    and Bartlett

Case No. 17-10252-B
*Austin v. Alabama Department of Transportation*

12. Hazard, Katherine, Attorney, Appellate Section, Environment & Natural Resources Division, U.S. Department of Justice – Counsel for Defendants/Appellees FHWA and Bartlett

13. Long, Don B. III, Assistant U.S. Attorney – Counsel for Defendants/Appellees FHWA and Bartlett

14. Lovejoy, Jacques – Plaintiff/Appellant

15. Marshall, Honorable Steve – Attorney General of the State of Alabama

16. The Estate of McLendon, Merriam, by Edward McLendon, Jr., Estate Administrator – Plaintiff/Appellant

17. O'Quinn, Darrell – Plaintiff/Appellant

18. Ott, Honorable John E. – Trial Judge

19. Patty, William F. – Counsel for Defendants/Appellees ALDOT and Cooper

20. Pritchett, Rebecca Wright – Counsel for Plaintiffs/Appellants

21. Slawson, Byron Bart – Counsel for Plaintiffs/Appellants in District Court

22. State of Alabama

23. Town, Jay E., U.S. Attorney – Counsel for Defendants/Appellees FHWA and Bartlett

Case No. 17-10252-B
*Austin v. Alabama Department of Transportation*

24.    Truitt, J. Alan – Counsel for Defendants/Appellees ALDOT and

Cooper

25.    Turner, D. Bart – Counsel for Defendants/Appellees ALDOT and

Cooper

26.    United States Department of Justice

27.    United States of America

28.    Whitaker, Honorable Matthew G., Acting Attorney General of the

United States

29.    Woodfin, Randall – Plaintiff/Appellant

Case No. 17-10252-B
*Austin v. Alabama Department of Transportation*

COME NOW the Appellants in the above-styled action, by and through the undersigned counsel, and request that this Court dismiss the above-styled action as to all parties and claims on appeal with prejudice pursuant to FRAP 42(b), 11th Cir. R. 42-1(a).  All of the parties hereto have agreed that the appeal is due to be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

Rebecca Wright Pritchett
Counsel for Appellants

*Austin v. Alabama Dept. of Trans.*
Docket No. 17-10252-B

## CERTIFICATE OF COMPLIANCE

This is to certify that this filing complies with Federal Rules of Appellate

Procedure 27(d).  This filing is submitted in 14-point Times New Roman font.

This motion contains 68 words.

_____
Attorney for Plaintiffs/Appellants
Dated:  March 27, 2019

*Austin v. Alabama Dept. of Trans.*
Docket No. 17-10252-B

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, a copy of the foregoing Motion to Dismiss with Prejudice was electronically filed with the Clerk of the Court using the CM/ECF System which sends notification of such filing to counsel of record in this cause.

Of Counsel for Plaintiffs/Appellants